UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-60970-CIV

GF MACHINING SOLUTIONS
S.A. DE C.V.,

Plaintiff

v.

CIRCUITRONIX, LLC,

Defendant
_____/

### DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant, Circuitronix, LLC ("CTX"), through undersigned counsel, hereby answers Plaintiff's Complaint [DE 1] as follows:

1. CTX lacks knowledge or information sufficient to form a belief about the truth of the allegations, and they are therefore DENIED.

2. ADMITTED

3. CTX lacks knowledge or information sufficient to form a belief about the truth of the allegations, and they are therefore DENIED.

4. ADMITTED

5. CTX lacks knowledge or information sufficient to form a belief about the truth of the allegations, and they are therefore DENIED.

6. ADMITTED

7. ADMITTED that the parties entered into the attached sales contract. In all other respects, these allegations are DENIED.

1

2

8. ADMITTED that the parties entered into the attached sales contract. In all other respects, these allegations are DENIED.

9. DENIED

10. DENIED

11. DENIED

12. ADMITTED that CTX has made payments to Plaintiff. In all other respects, these allegations are DENIED.

13. DENIED

14. ADMITTED that Plaintiff has demanded payment. In all other respects, these allegations are DENIED.

15. DENIED

16. CTX lacks knowledge or information sufficient to form a belief about the truth of the allegations, and they are therefore DENIED.

17. DENIED

18. DENIED

19. DENIED

20. DENIED

21. DENIED

22. DENIED

23. DENIED

24. DENIED

25. DENIED

26. ADMITTED

27. ADMITTED

28. DENIED

29. DENIED

30. DENIED

31. DENIED

32. DENIED

33. ADMITTED

34. DENIED

35. DENIED

36. DENIED

37. DENIED

38. DENIED

39. DENIED

## GENERAL DENIAL

All allegations not specifically admitted or explained herein are denied and strict proof is demanded and required. CTX specifically denies all allegations in the Plaintiff's wherefore clauses, judgment demand, and prayer for relief, and denies that Plaintiff is entitled to any relief on any of its claims.

## AFFIRMATIVE DEFENSES

1. **FIRST AFFIRMATIVE DEFENSE**: SETOFF AND RECOUPMENT – Defendant asserts that the Plaintiff owes money or other valuable consideration to the Defendant, and has not properly credited payments made by the Defendant, and that as a result the Defendant

owes less than the amount claimed by the Plaintiff. CTX maintains a significant credit balance due to overpayments that have accumulated over the course of the companies' relationship.

2. **SECOND AFFIRMATIVE DEFENSE**: ACCORD AND SATISFACTION – Defendant asserts that the alleged account, debt, or contract has already been satisfied, the Plaintiff having received full satisfaction, as Defendant has paid the full amount owed under the parties' agreement or, as to some invoices, the Plaintiff has agreed to settle for less than the amount stated on the face of the invoice, and the Defendant has paid this amount. CTX maintains a significant credit balance due to overpayments that have accumulated over the course of the companies' relationship.

3. **THIRD AFFIRMATIVE DEFENSE**: FRAUD IN THE INDUCEMENT – The recovery in this case is barred by fraud in the inducement. As an inducement to enter into an agreement to purchase factory equipment, Plaintiff falsely represented to CTX that it would adequately repair and service CTX's Electrical Discharge Machine, EDM FORM 30, (the "EDM Machine"), returning it to a permanent working condition. At the time, Plaintiff knew or should have known that these representations were false, and were offered merely to dupe CTX into entering into a purchase agreement with Plaintiff. After making these false representations, Plaintiff made only superficial efforts to repair and service the EDM Machine, bringing it online for a temporary period of time only. Shortly thereafter, and after getting CTX to enter into a sales agreement with Plaintiff, Plaintiff completely abandoned any effort to properly repair, service, and maintain the EDM Machine, in violation of its earlier promises and representations. As a result, the EDM Machine quickly became inoperative. CTX reasonably relied on Plaintiff's false promises regarding service and repair of the EDM Machine, and entered into a purchase agreement with Plaintiff as a result of these false representations. Plaintiff's false representations induced the

formation of the contract, and resulted in damages to CTX.  Accordingly, Plaintiff's recovery is barred.

4. **FOURTH AFFIRMATIVE DEFENSE**: MATERIAL BREACH OF CONTRACT – Any performance allegedly owed by CTX is excused by Plaintiff's prior breaches of contract, including the duty of good faith and fair dealing.

5. **DEFENSES RESERVED**: – The foregoing affirmative defenses are raised by Defendant without waiver of any other defenses that may come to light during the discovery proceedings in this case or otherwise.  Defendant hereby reserves the right to amend or supplement its answer and to assert any other related defenses as they become available.

### DEMAND FOR JURY TRIAL

Defendant demands a jury trial on all matters so triable.

### PRAYER FOR RELIEF

Wherefore, Defendant requests that the Court enter judgment in favor of Defendant, Circuitronix, LLC, and against Plaintiff, as to all causes of action, and that the Court award Defendant its attorneys' fees and costs along with any other relief the Court deems just.

\*\*\*

Dated: June 26, 2023

Respectfully submitted,



**CHAUNCEY COLE, PA**
*Counsel for Circuitronix, LLC*
9100 South Dadeland Blvd., Suite 1553
Miami, Florida 33156
Tel.:    (786) 497-7053

By: /s/ *Chauncey D. Cole IV*
Chauncey D. Cole, IV, Esq.
Florida Bar No. 102184
chauncey.cole@coletrial.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on June 26, 2023 as filed with the Clerk of the Court using CM/ECF.  By: /s/ *Chauncey D. Cole IV*___
                Chauncey D. Cole IV